PRG.27341

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MIGUEL FLORES, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 1:23-cv-235 |
| | § | |
| BLACK ROSE SPECIALIZED | § | |
| TRANSPORT, LLC; KORY DWYER | § | |
| and DARIUS L. MANGRUM, | § | |
|     Defendants. | § | |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants **BLACK ROSE SPECIALIZED TRANSPORT, LLC, KORY DWYER,** and **DARIUS L. MANGRUM** (collectively, "Defendants") file this Notice of Removal based on diversity jurisdiction under 28 U.S.C. § 1332, and in support thereof respectfully show the Court as follows:

### I. INTRODUCTION

1. On or about October 16, 2023, Plaintiff Miguel Flores ("Plaintiff") filed his First Amended Petition ("Petition") against Defendants in state court in Howard County, Texas.

2. In his Petition, Plaintiff asserted negligence and gross negligence claims against Defendants arising out of a motor vehicle accident that occurred on May 9, 2023 in Big Spring, Howard County, Texas. Plaintiff seeks personal injury damages, including past and future medical expenses, physical pain, mental anguish, disfigurement, impairment, loss of earning capacity, property damage, loss of use, loss of enjoyment of life, and exemplary damages. However, Plaintiff failed to plead the amount of damages sought.

3. On December 4, 2023, Plaintiff filed his Second Amended Petition setting forth the amount of damages sought. Specifically, Plaintiff alleges he "seeks monetary relief OVER ONE MILLION DOLLARS ($1,000,000.00)".

## II. REMOVAL OF STATE COURT ACTION

4. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending." As demonstrated below, this action is removable under 28 U.S.C. §1441(a) because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

## III. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a) because this action is between citizens of different states and the amount of controversy, exclusive of interest and costs, exceeds $75,000.00.

**A.   Complete Diversity Exists.**

6. Complete diversity exists because Plaintiff and Defendants are citizens of different states.

7. Plaintiff is a citizen of Texas. Specifically, Plaintiff pleads that he is a resident and citizen of San Antonio, Bexar County, Texas.

8. Defendants are out-of-state citizens. Specifically, Defendant Black Rose Specialized Transport, LLC is a New York limited liability company. It has one member, Defendant Kory Dwyer, who is a citizen of Monroe County, New York. Defendant Darius L. Mangrum is a citizen of Tennessee who resides in Memphis, Tennessee.

9. Because Plaintiff is a citizen of Texas and Defendants are citizens of New York and Tennessee, complete diversity exists among the parties.

**B.   The Amount in Controversy Exceeds $75,000.00.**

10. Plaintiff pleads that he seeks personal injury damages, including past and future medical expenses, physical pain, mental anguish, disfigurement, impairment, loss of earning

capacity, property damage, loss of use, loss of enjoyment of life, and exemplary damages. Plaintiff contends he suffered severe and permanent bodily injuries to his thoracic spine, neck, back, wrists, knees, legs, arms, and other body parts that have had a serious effect on his health and well-being, and which are permanent. In his Second Amended Petition, Plaintiff clarified that he "seeks monetary relief OVER ONE MILLION DOLLARS ($1,000,000.00)".

### IV. ADDITIONAL REQUIREMENTS

11. Venue for this Removal is proper in the United States District Court for the Northern District of Texas, Abilene Division because this district and division includes Howard County, Texas, the location of the pending state court action. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(2).

12. Attached to or filed contemporaneously with this Notice of Removal are the following documents required by 28 U.S.C. § 1446(a) and N.D. TEX. LOC. R. LR-81.1 (these documents are hereby incorporated by reference in all respects):

    A.    Civil Cover Sheet;

    B.    Supplemental Civil Cover Sheet;

    C.    Defendants' Index of Documents:

        1.    State Court Docket Sheet;

        2.    Plaintiff's Original Petition filed September 19, 2023;

        3.    Plaintiff's First Amended Petition filed October 16, 2023;

        4.    Return of Service dated October 23, 2023 for service on Black Rose Specialized Transport, LLC;

        5.    Return of service dated October 23, 2023 for service on Kory Dwyer;

        6.    Return of service dated October 24, 2023 for service on Darius L. Mangrum;

        7.    Defendants' Original Answer and Special Exceptions filed

      November 16, 2023;

    8. Plaintiff's Second Amended Petition filed December 4, 2023;

  D. Defendants' Certificate of Interested Parties; and

  E. Defendants' Notice of Related Case.

  13. Plaintiff's Petition was served on Defendants on October 23, 2023 and October 24, 2023. However, Plaintiff failed to plead the amount of damages sought and Defendants did not have enough information to support removal. Plaintiff has now amended his Petition to specify that the damages sought are above $75,000.00. This Removal is made within thirty (30) days of receipt of Plaintiff's Second Amended Petition and it has not been more than one year since the commencement of the suit, and as such, this Removal is timely. *See* 28 U.S.C. § 1446(b)(3); (c)(3).

  14. Written notice of the filing of this Removal will be provided to Plaintiff and filed with the District Clerk of Howard County, Texas.

  15. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Defendants respectfully request the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

  **WHEREFORE, PREMISES CONSIDERED,** Defendants request this action be immediately and entirely removed upon filing of this Notice of Removal to the United States Court for the Northern District of Texas, Abilene Division, and for such other and further relief to which Defendants may be justly entitled.

        Respectfully submitted,

*/s/ Jeffrey D. Smith*
**DOUGLAS D. FLETCHER**
State Bar No.: 07139500
Email: doug.fletcher@fletcherfarley.com
**JEFFREY D. SMITH**
State Bar No. 24063008
Email: jeffrey.smith@fletcherfarley.com

**FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P**

9201 N. Central Expressway, Suite 600
Dallas, Texas 75231
214/987-9600
214/987-9866 (Fax)

**ATTORNEYS FOR DEFENDANTS BLACK ROSE SPECIALIZED TRANSPORT, LLC, KORY DWYER, AND DARIUS L. MANGRUM**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied, electronically served or hand delivered to all attorneys of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on this the 12th day of December, 2023.

*/s/ Jeffrey D. Smith*
**JEFFREY D. SMITH**